```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

REMY DAUPHIN,                              :    06 Civ. 2730 (SHS)

                    Plaintiff,             :

         -against-                         :    ORDER

CHESTNUT RIDGE TRANSPORTATION INC.         :
and JOHN COHR,
                                           :
                    Defendants.
------------------------------------------------------------x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/2/06

SIDNEY H. STEIN, U.S. District Judge.

      A pretrial conference having been held today, with counsel for all parties present,

      IT IS HEREBY ORDERED that:

      1.    Disclosures pursuant to Rule 26(a) shall be exchanged on or before June 17, 2006;

      2.    The parties shall attempt to agree on the form notice of the FLSA action on or before June 19, 2006. If they are unable to do so, they shall notify the Court, in writing, to schedule a pretrial conference;

      3.    The last day for plaintiff to move for class certification pursuant to Fed. R. Civ. P. 23 is August 21, 2006, the opposition is due on or before September 22, and any reply is due on or before October 6; and

-2-

4.  If no motion is made pursuant to Rule 23, the parties shall notify the Court, in writing, to schedule a pretrial conference.

Dated: New York, New York
       June 2, 2006

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.