UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/11/06

----------------------------------------------------------------x

REMY DAUPHIN, on behalf of himself and          :       06 Civ. 2730 (SHS)
all others similarly situated,                  :
                                                :       ORDER
                      Plaintiff,                :
                                                :
        -against-                               :
                                                :
CHESTNUT RIDGE TRANSPORTATION                   :
INC., JOHN COHR,                                :
                                                :
                      Defendants.               :
----------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

Having received two letters from plaintiff dated August 10, 2006 and one

letter from defendant dated August 11, 2006, IT IS HEREBY ORDERED THAT:

1.     Plaintiff shall file its amended complaint through the Court's ECF

system by August 14, 2006 and the parties are directed to adhere to all of the Local Rules of

the United States District Courts for the Southern and Eastern Districts of New York,

including the rules governing electronic filing.

2.     As noted in the Court's Order dated August 3, 2006, the parties shall

meet and confer to determine whether defendant will consent to the Court authorizing a

notice to be sent to prospective class members and to the form of that notice. If defendant

does not consent to authorization, the dates for submissions are amended as follows: plaintiff

shall file affidavit(s) and a memorandum of law in support of authorization on or before

September 11, 2006 and defendant shall file its opposition to authorization on or before

September 18, 2006. If defendant consents to authorization but objects to the form of notice,

1

defendant shall submit those objections to the Court on or before September 18, 2006 and plaintiff shall respond on or before September 25, 2006.

        3.     In accordance with the August 3 Order, immediately following the Court's decision as to whether to authorize collective action notice, the parties shall meet and confer pursuant to Fed. R. Civ. P. 26(f) to agree on a discovery schedule.

        4.     The next pretrial conference will take place on October 6, 2006 at 9:00 a.m. in Courtroom 23A.

Dated: New York, New York
       August 11, 2006

SO ORDERED:

Sidney H. Stein, U.S.D.J.